# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1930

_____

Terry Jordan,                                          *
                                                       *
        Appellant,                             *
                                                       *
    v.                                          *    Appeal from the United States
                                                       *    District Court for the
Iowa Quality Beef,                                     *    Northern District of Iowa.
                                                       *
        Appellee.                              *         [UNPUBLISHED]
                                                       *

_____

Submitted: August 5, 2004
Filed: October 12, 2004

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Terry Jordan appeals the district court's preservice dismissal of his complaint for failure to state a claim. Jordan, who is African-American, alleged he was rehired by Iowa Quality Beef; on the day he was to start work he was informed the offer of rehire was rescinded; and the decision not to rehire him was based upon his race and other impermissible factors.

We grant Jordan leave to appeal in forma pauperis. Having carefully reviewed the record, we conclude preservice dismissal was inappropriate because Jordan's pro se complaint, liberally construed, satisfied federal pleading requirements by providing

Iowa Quality Beef notice of his claim of discrimination in its decision not to rehire him. See Fed. R. Civ. P. 8(a)(2); Swierkiewicz v. Sorema N.A., 534 U.S. 506, 514-15 (2002); Smith v. St. Bernards Reg'l Med. Ctr., 19 F.3d 1254, 1255 (8th Cir. 1994).

Accordingly, we reverse the dismissal and remand for further proceedings in accordance with this opinion.

_____